# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

ANDRE CHARTRAND,

              Plaintiff,

    v.

SOLARFLARE COMMUNICATIONS, INC.; RUSSELL STERN; and XILINX, INC.,

              Defendants.

Case No. 20cv1842-LAB-WVG

**ORDER GRANTING *EX PARTE* APPLICATION TO CONTINUE [Dkt. 13]**

Plaintiff Andre Chartrand filed this action in February 2020 in the Superior Court of California, County of San Diego, Central Division, bringing claims against his former employer and its CEO, Defendants Solarflare Communications, Inc. and Russell Stern. He alleges generally that Solarflare contracted to do work for an intelligence agency of the United States federal government, that the work violates state privacy laws and that, after Chartrand complained and refused to participate in that work, Solarflare retaliated by reducing his compensation and terminating his employment.

Chartrand amended his Complaint in August 2020 to join Defendant Xilinx, Inc., which acquired Solarflare during the events alleged. Xilinx removed the case to this Court. Xilinx doesn't admit the the existence of the

alleged contract with the Government, but it argues that, if Chartrand's allegations are true, the case involves substantial federal questions relating to the government's state secrets privilege under *United States v. Reynolds*, 345 U.S. 1 (1953) and a federal prudential rule, first announced in *Totten v. U.S.*, 92 U.S. 105 (1875), barring actions in which the plaintiff's "success depends upon the existence of [a] secret espionage relationship with the government." *Tenet v. Doe*, 544 U.S. 1, 8 (2005), citing *Totten*.

Chartrand moved to remand to state court. Dkt. 8. Defendants opposed and, in order to give the United States more time to determine whether it intended to invoke either *Reynolds* or *Totten*, moved to continue the submission date on the Motion for Remand. Dkt. 13. The Government subsequently appeared and asked that the Court delay ruling on the Motion for Remand until after February 26, 2021. Dkt. 17.

Defendants' Motion to Continue, Dkt. 13, is **GRANTED**. The Court will not decide the Motion to Remand until March 1, 2021 unless the United States indicates before that date how it intends to proceed.

**IT IS SO ORDERED.**

DATED: February 1, 2021

_Larry A. Burns_
Hon. Larry A. Burns
United States District Judge